# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1436

VERSUS

JOSEPH M. BRISTER

**JANUARY 31, 2022**

---

In Re:    Joseph M. Brister, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 395,328.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT